AUSA:   Erin Ramamurthy            Telephone: (313) 226-9788
AO 91 (Rev. 11/11)  Criminal Complaint    Special Agent:      Danielle A. Santia        Telephone: (313) 965-4810

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
v.
Maurice Anthony Hill

Case: 2:24−mj−30178
Assigned To : Unassigned
Assign. Date : 5/8/2024
CMP: USA v HILL (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 7, 2024 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of cocaine with the intent to distribute. |

This criminal complaint is based on these facts:
See attatched affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Danielle A. Santia, Special Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  May 8, 2024

_____
Judge's signature

City and state:  Detroit, MI

Hon. Kimberly G. Altman, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Danielle A. Santia, a Special Agent with the Federal Bureau of
Investigation (FBI), United States Department of Justice, currently assigned to the
Detroit Division, having been duly sworn, depose and state:

## INTRODUCTION

1.      I have been employed by the FBI since December 2004. I have been a
Special Agent of the FBI since April 2011. I am presently assigned to the Detroit,
Michigan office, and work primarily on cases involving organized criminal groups.
I have worked on multiple drug trafficking investigations. During these
investigations, my duties included writing search warrant affidavits, complaints
and arrest warrants, participating in the execution of search warrants, physical
surveillance, the collection of evidence, interviewing subjects, witnesses and
informants, and testifying at various court proceedings in federal court and
Michigan state court.

2.      I submit this affidavit in support of a criminal complaint for Maurice
Anthony HILL for violations of Title 21, United States Code, Section 841(a)(1),
possession with the intent to distribute controlled substances.

3.      The statements contained in this affidavit are based in part on
information provided by U.S. federal law enforcement agents, written reports about

this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a special agent.

## PROBABLE CAUSE

4.     On May 7, 2024, at approximately 10:00 am, MAURICE HILL was observed driving a white Chevrolet Silverado with Michigan license plate 83ACE0. Michigan State Police (MSP) queried the license plate through Michigan Secretary of State (SOS) databases and did not locate auto insurance on file. MSP then observed HILL make an improper lane use near Livernois and Dexter Avenue, which resulted in a traffic stop. HILL provided MSP with a Michigan Driver's License and proof of auto insurance. MSP called HILL's auto insurance company and verified his insurance was valid. MSP issued HILL a citation for improper lane use.

5.     Shortly after, a Detroit Metropolitan Airport Police K9 unit arrived at the traffic stop. The officer and K9 walked around the vehicle. The K9 alerted near the rear of the vehicle. Once the K9 alerted, MSP searched the vehicle and located a one-kilogram brick of unknown drugs. The kilogram had plastic wrap around it and had a black rectangular label with gold print that read "Mobil 1," as depicted below in Figure 1.



**Figure 1**

6.      HILL was subsequently arrested. MSP officers searched HILL's person and vehicle and located two cell phones. HILL was transported to the MSP post in Detroit, Michigan. He was then moved to the Macomb County Jail, Mt. Clemens, Michigan, a short time later. The FBI advised HILL of his Miranda rights before any questioning, but he refused to sign the Advice of Rights form. HILL indicated to interviewing personnel that he did not wish to discuss the details of his arrest. As such, no further questions were asked, and the interview was terminated.

7.      MSP weighed the suspected one-kilogram brick with packaging. The total weight was 1096.1 grams. A TruNarc Narcotics Analyzer was used to test the substance. The results revealed the substance was in fact cocaine hydrochloride

(cocaine hcl), a Schedule II controlled substance. The cocaine was secured as evidence by MSP.

8.     In my training and experience with narcotics investigations, 1096 grams of cocaine is a distribution amount of cocaine, rather than a personal use amount.

## CONCLSUION

9.     Based on the facts contained in this affidavit, there is probable cause to believe that Maurice Anthony HILL violated Title 21, United States Code, Section 841(a)(1), possession of cocaine with the intent to distribute.

Respectfully submitted,

_____
Danielle A. Santia
Special Agent
Federal Bureau of Investigation (FBI)

Sworn to before me and signed in my presence and/or by reliable electronic means

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: May 8, 2024